Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzalawfirm.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@semenzalawfirm.com
SEMENZA & SEMENZA, LLP
3883 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  (702) 369-6999
Facsimile:   (702) 263-3539

Attorneys for Plaintiff/Judgment Creditor
Wynn Resorts Holding, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>LORI TINGEY, an individual,<br><br>Defendant. | Case No. 2:05-cv-01458-LDG-RJJ<br><br>**AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF NEVADA        )
                                        ) ss.
COUNTY OF CLARK      )

Plaintiff/Judgment Creditor WYNN RESORTS HOLDINGS, LLC, by and through Mary Ann Nicholson, its authorized representative, and pursuant to NRS 17.214, first being duly sworn according to law, hereby submits this Affidavit of Renewal of Judgment against Defendant/Judgment Debtor Lori Tingey ("Judgment Debtor").

1.   I am the Director of Litigation and Claims Administration for Wynn Resorts Holdings, LLC, the Plaintiff/Judgment Creditor in the above-entitled action.  I have personal knowledge of the facts contained in this affidavit and if called to do so, would testify competently thereto.

2.   The Judgment was originally recorded in Clark County, Nevada on February 12, 2007, instrument number 200702120000545.

3. The Judgment was initially entered in this Court, on January 31, 2007, for a total amount of $109,164.20. See Default Judgment attached hereto as Exhibit "A".

4. Neither Judgment Debtor nor anyone on his behalf has made any payments to satisfy any part of the Judgment. There are no outstanding writs of execution for enforcement of the Judgment.

5. There are no offsets or counterclaims in favor of the Judgment Debtor.

6. The current amount due and owing to date on the Judgment is $109,164.20.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
MARY ANN NICHOLSON

Subscribed and sworn before me this 22nd day of Jan., 2013.

_____
Notary Public



CHRISTINA CUEVAS
Notary Public, State of Nevada
Appointment No. 08-8349-1
My Appt. Expires Oct 9, 2016

ORDER

IT IS SO ORDERED.

DATED this 29 day of January, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

SEMENZA & SEMENZA, LLP
3883 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
(702) 369-6999

2

# EXHIBIT A

# EXHIBIT A

Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wynn Resorts Holdings, LLC, a Nevada Limited Liability Company, | Case No. CV-S-05-1458-LDG-RJJ |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Lori Tingey, an individual, | |
| Defendant. | |

Plaintiff Wynn Resorts Holdings, LLC, having filed a Motion for Entry of Default Judgment against Defendant Lori Tingey pursuant to Rule 55 of the Federal Rules of Civil Procedure; the Defendant having failed to respond to, or answer, Plaintiff's Complaint previously served upon Defendant; the Clerk of the Court having entered Default against Defendant on June 26, 2006; this Court having now given due consideration to Plaintiff's Motion for such judgment as well as papers, pleadings, and exhibits offered in support thereof; and the Court being further fully advised in the matter and there having been no appearance made by Defendant, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff Wynn Resorts Holdings, LLC, and against Defendant Lori Tingey, on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and award of specific relief:

a. Plaintiff Wynn Resorts Holdings, LLC's Wynn marks are famous;

b. Defendant registered the Infringing Domain Name <wynnmacauresort.org>, <wynnmacauresorts.org>, <wynnmacauresorts.com>, <wynnconventions.com>, <wynnlasvegasencore.net>, <wynnlasvegasencore.com>, <wynnmacauresort.info>, <wynnmacauresorts.net>, <wynnmacauresorts.info>, <wynninvitational.com>, <wynnlereve.com>, <wynnlvencore.net>, <wynnlvencore.com>, <lvwynnhotel.com>, and <wynntickets.com>, <wynnluxurysuites.com> with the bad faith intent to profit from its use of Plaintiff's marks;

c. Should Defendant's use of the term Wynn continue, Plaintiff will continue to suffer irreparable injury to its good will and reputation which was established through use of the Wynn marks and for which an award of damages would be inadequate.

d. Should Defendant's use of the term Wynn continue, Plaintiff will continue to suffer irreparable injury as the Wynn marks will lose their capacity to identify its goods and services; i.e., they will be diluted, for which an award of damages would be inadequate;

e. Defendant acted willfully in her cybersquatting of the Wynn marks; and

f. Defendant is liable for his/its infringement, dilution, unfair competition and cybersquatting.

THEREFORE, IT IS HEREBY ORDERED that the Defendant Lori Tingey, her respective officers, agents, servants, employees, and/or all persons acting in concert or participation with it, (1) from using Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites and in domain names); and (2) from registering, owning, leasing, selling or trafficking in any domain name containing Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters,

2.

DEFAULT JUDGMENT

1 words, phrases or designs;

2     IT IS FURTHER ORDERED that the current registrar of the <wynnmacauresort.org>, <wynnmacauresorts.org>, <wynnmacauresorts.com>, <wynnconventions.com>, <wynnlasvegasencore.net>, <wynnlasvegasencore.com>, <wynnmacauresort.info>, <wynnmacauresorts.net>, <wynnmacauresorts.info>, <wynninvitational.com>, <wynnlereve.com>, <wynnlvencore.net>, <wynnlvencore.com>, <lvwynnhotel.com>, and <wynntickets.com>, <wynnluxurysuites.com> domain names shall immediately unlock and permanently transfer them to Plaintiff;

    IT IS FURTHER ORDERED that Defendant pay Plaintiff $1,000 in nominal damages for corrective advertising;

    IT IS FURTHER ORDERED that Defendant pay Plaintiff statutory damages of $100,000;

    IT IS FURTHER ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in the amount of $8,164.20;

    IT IS FURTHER ORDERED that Plaintiff's cash deposit of Sixteen Hundred Dollars ($1,600.00) be released from the Registry Account of this Court and returned to Greenberg Traurig.

    IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this Court for the purpose of enforcement of this Judgment.

_____
UNITED STATES DISTRICT JUDGE

DATED: 25 January 2007

Submitted by:

GREENBERG TRAURIG, LLP

Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway, Suite 500 N
Las Vegas, Nevada 89169
Counsel for Plaintiff

3.

DEFAULT JUDGMENT